UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONILLA,<br><br>        Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>        Respondent. | Case No.<br>24-cv-00819-JSW<br>24-cv-00852-JSW<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California prisoner on death row, has filed two documents entitled "impeachment of the record by fraud on the court – expedited review required." Because Petitioner did not include case numbers in the caption, the Clerk treated them as intended to be new cases and assigned them the above-captioned case numbers. In these filings, Petitioner asserts errors in his state court criminal proceedings, which led the Clerk to treat them as petitions for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant requests, through counsel. There is no need for petitioner to have more than one case challenging the same state court criminal proceedings. Accordingly, the above-captioned cases are DISMISSED. The clerk shall enter judgments and close the files.

**IT IS SO ORDERED.**

Dated: February 15, 2024

JEFFREY S. WHITE
United States District Judge